Khruawan SAEVOON, Plaintiff—
Appellant,

v.

Donald E. POWELL, Chairman, Fed-
eral Deposit Insurance Corpora-
tion, Defendant—Appellee.

No. 05–1468.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2006.

Decided: April 5, 2006.

E. Ned Sloan, Sloan & Associates, P.C.,
Washington, D.C.; S. Howard Woodson,
III, Law Offices of S.H. Woodson, III, PC,
Alexandria, Virginia, for Appellant. Paul
J. McNulty, United States Attorney, Ra-
chel C. Ballow, Assistant United States
Attorney, Alexandria, Virginia, for Appel-
lee.

Before TRAXLER, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Khruawan Saevoon appeals a district
court order granting summary judgment
to the FDIC on her claim of failure to
promote based on gender, race, and na-
tional origin discrimination pursuant to the
Civil Rights Act of 1964, see 41 U.S.C.A.
§§ 2000, et seq. (West 2000 & Supp.2005)
(Title VII). Saevoon was employed as a
computer specialist with the FDIC. The
district court held that Saevoon's discrimi-
nation claims failed because she had not
shown that the nondiscriminatory reasons
given by the FDIC for not promoting her
were pretextual.

After reviewing the parties' briefs and
the applicable law, we conclude that the
district court correctly decided the issues
before it. Accordingly, we affirm on the
reasoning of the district court. See Sae-
voon v. Powell, No. CA–04–765–1 (E.D.
Va. filed Mar. 31, 2005 & entered Apr. 6,
2005). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED*